John C. Tang (SBN 212371)
jctang@jonesday.com
Robert M. Tiefenbrun (SBN 310975)
rtiefenbrun@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700

Jayant W. Tambe
(*pro hac vice* application forthcoming)
jtambe@jonesday.com
JONES DAY
250 Vesey Street
New York, NY  10281
Telephone:   +1.212.326.3939
Facsimile:   +1.212.755.7306

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Counsel for defendants Wells Fargo
& Company, C. Allen Parker,
and John R. Shrewsberry*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN A. MULLEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, C. ALLEN PARKER, TIMOTHY J. SLOAN, and JOHN R. SHREWSBERRY,<br><br>Defendants. | Case No. 3:20-cv-07674-WHA<br><br>**NOTICE OF SUBSTITUION OF COUNSEL FOR WELLS FARGO & COMPANY, C. ALLEN PARKER, AND JOHN R. SHREWSBERRY AND [PROPOSED] ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rules 5-1(c)(2)(E) and 11-5, Brendan P. Cullen of Sullivan & Cromwell LLP hereby withdraws as attorney of record for defendants Wells Fargo & Company, C. Allen Parker, and John Shrewsberry in this matter, and will be replaced by John C. Tang, Robert M. Tiefenbrun, and Jayant W. Tambe of Jones Day.

Dated: December 18, 2020					Respectfully submitted,

								By: */s/ John C. Tang*
								       John C. Tang (SBN 212371)

Dated: December 18, 2020

								By: */s/ Robert M. Tiefenbrun*
								       Robert M. Tiefenbrun (SBN 310975)

Dated: December 18, 2020

								By: */s/ Jayant W. Tambe*
								       Jayant W. Tambe
								       (*pro hac vice* application forthcoming)

Dated: December 18, 2020

								By: */s/ Brendan P. Cullen*
								       Brendan P. Cullen (SBN 194057)

IT IS SO ORDERED.

Dated: December ___, 2020				_____
								HON. WILLIAM H. ALSUP
								UNITED STATES DISTRICT JUDGE

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  December 18, 2020

                                                */s/ John C. Tang*
                                                John C. Tang