POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant Hawaii
Employees' Retirement System
and Proposed Lead Counsel for the Class*

(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN A. MULLEN, Individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>                        v.<br><br>WELLS FARGO & COMPANY, C. ALLEN PARKER, TIMOTHY J. SLOAN and JOHN R. SHREWSBERRY,<br><br>                                        Defendants. | Case No.: 3:20-cv-07674-WHA<br><br>RESPONSE OF HAWAII EMPLOYEES' RETIREMENT SYSTEM TO ORDER RE MOTIONS TO APPOINT LEAD PLAINTIFF (DKT. NO. 55)<br><br><u>CLASS ACTION</u> |
| JASON WOOD, Individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>                        v.<br><br>WELLS FARGO & COMPANY, C. ALLEN PARKER, TIMOTHY J. SLOAN and JOHN R. SHREWSBERRY,<br><br>                                        Defendants. | Case No.: 3:20-cv-07997-WHA<br><br><br><br><u>CLASS ACTION</u> |

On January 13, 2021, the Court entered an order directing that "[a]ll motions to appoint lead plaintiff must be supplemented by" submission of the Court Questionnaire to Lead-Plaintiff Candidates and accompanying certification (the "Lead Plaintiff Questionnaire"), "to the extent not already submitted[.]" Dkt. No. 55.

The Retirement System hereby respectfully advises the Court that the Retirement System submitted its Lead Plaintiff Questionnaire, completed on its behalf by Elmira K.L. Tsang, Esq., Deputy Attorney General, State of Hawaii, with the Retirement System's lead plaintiff motion papers on December 29, 2020. *See* Dkt. No. 47-6.

Dated:  January 21, 2021                         Respectfully submitted,

                                                 POMERANTZ LLP
                                                 */s/ Jennifer Pafiti*
                                                 Jennifer Pafiti (SBN 282790)
                                                 1100 Glendon Avenue, 15th Floor
                                                 Los Angeles, California 90024
                                                 Telephone: (310) 405-7190
                                                 jpafiti@pomlaw.com

                                                 POMERANTZ LLP
                                                 Jeremy A. Lieberman
                                                 (admitted *pro hac vice*)
                                                 J. Alexander Hood II
                                                 (admitted *pro hac vice*)
                                                 600 Third Avenue, 20th Floor
                                                 New York, NY 10016
                                                 Telephone: (212) 661-1100
                                                 Facsimile: (212) 661-8665
                                                 jalieberman@pomlaw.com
                                                 ahood@pomlaw.com

                                                 POMERANTZ LLP
                                                 Patrick V. Dahlstrom
                                                 (*pro hac vice application forthcoming*)
                                                 Ten South LaSalle Street, Suite 3505
                                                 Chicago, Illinois 60603
                                                 Telephone: (312) 377-1181
                                                 Facsimile: (312) 377-1184
                                                 pdahlstrom@pomlaw.com

                                                 *Counsel for Lead Plaintiff Movant Hawaii Employees'*
                                                 *Retirement System and Proposed Lead Counsel for the*
                                                 *Class*

RESPONSE OF HAWAII EMPLOYEES' RETIREMENT SYSTEM TO ORDER RE MOTIONS TO APPOINT LEAD PLAINTIFF – 3:20-CV-07674-WHA; 3:20-cv-07997-WHA

**PROOF OF SERVICE**

I hereby certify that on January 21, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

RESPONSE OF HAWAII EMPLOYEES' RETIREMENT SYSTEM TO ORDER RE MOTIONS TO APPOINT LEAD PLAINTIFF – 3:20-CV-07674-WHA; 3:20-cv-07997-WHA