UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MULLEN, Individually and on behalf of all others similarly-situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & COMPANY, C. ALLEN PARKER, TIMOTHY J. SLOAN, JOHN R. SHREWSBERRY, PERRY PELOS, MARK MYERS, and KARA MCSHANE,<br><br>    Defendants. | No. C 20-07674 WHA<br><br>**JUDGMENT** |

For the reasons stated in the order dismissing the complaint dated May 6, 2022, and in light of the deadline for amending the complaint having lapsed, defendant's request for entry of judgment is **GRANTED**. Final judgment is hereby entered in favor of defendants and against plaintiffs. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 31, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE